UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:   In Bankruptcy:

**GERALD K. BRANCH**   Case No. 12-61830-pjs
**JENNIFER L. BRANCH**   Chapter 7
   Hon. Phillip J. Shefferly

    Debtors.
_____/

## APPLICATION FOR ORDER
## APPROVING FINAL FEES FOR TRUSTEE'S ATTORNEYS

Schneider Miller, P.C., counsel for Trustee Timothy J. Miller, submits the following application for an order approving Final fees:

1. <u>Fees and Expenses Requested:</u>
   a. Fees are requested in the amount of $1,252.50. Billing for actual services to date is $4,540.50, but Trustee's counsel voluntarily reduces this request. Should additional funds come into the estate at some point in the future, Trustee's counsel reserves the right to seek additional fees and/or expenses.
   b. Expenses are requested in the amount of $42.14.
   c. Applicant holds no retainer.

2. <u>Period in Which Services were Performed:</u> The time period covered by this application is from November 27, 2012-Present.

3. <u>Summary of Services</u>: Services performed include examination of the Debtor's financial affairs; review of schedules and documents; correspondence regarding stock certificate transferred to insider; correspondence regarding liquidation of stock certificate; correspondence regarding violation of automatic stay; and drafting and preparation of legal documents to liquidate stock certificate.

4. <u>Adversary Proceedings</u>- No adversary proceedings were filed.

5. <u>Current Status of Bankruptcy Case</u>
   a. <u>Chapter 7 Case:</u> This case is ready to be closed. Trustee has administered nonexempt assets of the bankruptcy case and no further investigation will be undertaken.

6. <u>Nature of Professional Services Expected to be Provided in Future</u>: The only professional services required at this point are routine procedures concerned with closing of this bankruptcy case.

7. <u>Amount and Nature of Accrued Administrative Expenses</u>: Trustee fees are anticipated to be approximately $825.00. Total receipts in this case are $3,330.00 and banking fees of $10.00 have been disbursed.

8. <u>Services Performed by More than One Attorney</u>: In addition to applicant, Anthony J. Miller of Schneider Miller P.C. has billed hours in this case, as is fully articulated in <u>Exhibit 4</u>, *infra*.

9. <u>Fees Requested in Prior Applications:</u> No fees have been requested prior to this application.

10. <u>Review:</u> The Trustee, having employed the Applicant, has reviewed this application and approves of the same.

**WHEREFORE**, Schneider Miller, P.C. prays for approval of final fees in the amount of $1,252.50 and expenses in the amount of $42.14.

SCHNEIDER MILLER, P.C.

Dated: May 13, 2014

*/s/ Peter F. Schneider*
Peter F. Schneider (P75256)
Attorneys for Trustee
645 Griswold St., Suite 3900
Detroit, MI 48226
(313) 237-0850 ext. 113
pschneider@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                      In Bankruptcy:

**GERALD K. BRANCH**                Case No. 12-61830-pjs
**JENNIFER L. BRANCH**            Chapter 7
                                                     Hon. Phillip J. Shefferly

       Debtors.
_____/

## EXHIBIT LIST

| Exhibit | Description |
|---------|-------------|
| 1 | Proposed order |
| 2 | Order authorizing employment of Trustee's counsel |
| 3 | Summary of Expenses |
| 4 | Summary of attorney fees. |
| 5 | Itemized list of services performed. |
| 6 | Biography of attorneys |
| 7 | Itemized statement of expenses. |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **GERALD K. BRANCH** | Case No. 12-61830-pjs |
| **JENNIFER L. BRANCH** | Chapter 7 |
| | Hon. Phillip J. Shefferly |
| Debtors. | |
| _____/ | |

### L.B.R. 9014-1 NOTICE OF FINAL APPLICATION
### FOR COMPENSATION BY TRUSTEE'S COUNSEL

Schneider Miller, P.C., attorneys for Timothy J. Miller, Trustee, has filed papers with the Court entitled Application for Order Approving Final Fees for Trustee's Attorneys. Per the Application's paragraph 1:

1. <u>Fees and Expenses Requested:</u>
   a. Fees are requested in the amount of $1,252.50. Billing for actual services to date is $4,540.50, but Trustee's counsel voluntarily reduces this request. Should additional funds come into the estate at some point in the future, Trustee's counsel reserves the right to seek additional fees and/or expenses.
   b. Expenses are requested in the amount of $42.14.
   c. Applicant holds no retainer.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to award fees to Schneider Miller, P.C. as set forth above, or if you want the court to consider your views on the Application, within twenty-one (21) days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:
   United States Bankruptcy Court
   211 W. Fort St., 17th Floor
   Detroit, MI 48226

**If you mail your response to the Court for filing, you must mail it early enough so the court will receive it on or before the date stated above:**

You must also mail a copy to:

| | |
|---|---|
| Peter F. Schneider | Office of the United States Trustee |
| 645 Griswold St., Suite 3900 | 211 W. Fort St., Suite 700 |
| Detroit, MI 48226 | Detroit, MI 48226 |

If an objection or request for hearing is timely filed and served, the clerk will schedule a hearing on the Motion and you'll be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief in the Motion and may enter an order granting that relief.

SCHNEIDER MILLER, P.C.

Dated: May 13, 2014

*/s/ Peter F. Schneider*
Peter F. Schneider (P75256)
Attorneys for Trustee
645 Griswold St., Suite 3900
Detroit, MI 48226
(313) 237-0850 ext. 113
[pschneider@schneidermiller.com](mailto:pschneider@schneidermiller.com)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| GERALD K. BRANCH<br>JENNIFER L. BRANCH | Case No. 12-61830-pjs<br>Chapter 7<br>Hon. Phillip J. Shefferly |
| Debtors.<br>_____/ | |

**CERTIFICATE OF SERVICE**

Re: Application for Order Approving Final Fees for Trustee's Attorneys; Notice of Final Application for Compensation by Trustee's Counsel; Certificate of Service.

I hereby certify that on the 13th day of May, 2013, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to the Office of the United States Trustee and all those listed by the Court as receiving electronic notices in this case from the Court's CM/ECF system.

I further certify that on the 13th day of May, 2014, an employee of Schneider Miller, P.C. mailed by United States Postal Service a copy of the L.B.R. 9014-1 Notice of Final Application for Compensation to the following non-ECF participants:

ALL PARTIES OF INTEREST ON THE COURT'S MAILING MATRIX.

SCHNEIDER MILLER, P.C.

Dated: May 13, 2014

*/s/Peter F. Schneider*
Peter F. Schneider (P75256)
Attorneys for the Trustee
645 Griswold, Suite 3900
Detroit, MI 48226
(313) 237-0850
pschneider@schneidermiller.com